UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          v.

TIAGO MELLO-LIMA,

                  Defendant.

**DECISION AND ORDER**
19-CR-92-A

      This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On March 3, 2021, defendant Tiago Mello-Lima appeared before Magistrate Judge McCarthy and entered a plea of guilty to Count 10 of the Superseding Indictment which charges him with bringing aliens to the United States for commercial advantage or private financial gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii).

      Magistrate Judge McCarthy issued a Report and Recommendation (Dkt. No. 84) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  It is hereby

      **ORDERED** that, upon review of the transcript of the March 3, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Mello-Lima's plea of guilty was knowing, voluntary, and has a factual basis.  Accordingly, defendant Mello-Lima's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 84.  Sentencing is scheduled for July 6, 2021 at 12:30

pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

                                          *__s/Richard J. Arcara_____*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT COURT

Dated: April 1, 2021